

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00190-CV

**IN RE PBIV-202 BIRCHLEAF DRIVE, LP,**
PBIV-202 Birchleaf Drive GP, LLC Pennybacker IV, LP,
and Pennybacker Capital Management, LLC

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Adrian A. Spears II, Justice
    Velia J. Meza, Justice

Delivered and Filed: August 27, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On March 24, 2025, relators filed a petition for writ of mandamus and emergency motion for stay. We invited a response and granted a temporary stay pending resolution of this matter. Relator advised this court of a potential settlement on April 10, 2025, and requested that the responsive deadlines be continued until final settlement could be effectuated. On August 12, 2025, relator advised this court that the parties have successfully completed settlement negotiations and requested that this petition for writ of mandamus and motion for stay be dismissed. Accordingly,

---

[1]This proceeding arises out of Cause No. 2022-CI-24149, styled *Cing Thang, et al v. PBIV – 202 Birchleaf Drive, LP, et al*, pending in the 288th Judicial District Court, Bexar County, Texas, the Elizabeth Martinez presiding.

the petition for writ of mandamus is **DISMISSED**. The temporary stay issued on March 28, 2025,

is **LIFTED** and **DISMISSED**.

PER CURIAM